■ In the Matter of JOELE Z.F., an Infant. JACQUELINE M-F., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [8 NYS3d 169]—

Order of disposition, Family Court, New York County (Clark V. Richardson, J.), entered on or about April 1, 2014, to the extent it brings up for review a fact-finding order, same court and Judge, entered on or about January 3, 2014, which found, after a hearing, that respondent mother neglected the subject child, unanimously affirmed, without costs.

The finding of neglect is supported by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]). The record shows that respondent's untreated mental illness created an imminent risk of harm to the child (*see Matter of Ronald Anthony G. [Sammantha J.]*, 83 AD3d 608 [1st Dept 2011]). Although respondent and the child were living in an apartment with broken windows, cabinets and drawers, and no working gas, respondent refused to grant access to the landlord or to Consolidated Edison to make repairs and restore the gas. This resulted in squalid living conditions, and eventually resulted in respondent and the child being evicted from the apartment (*see Matter of Immanuel C.-S. [Debra C.]*, 104 AD3d 615 [1st Dept 2013]). In addition, respondent's mental condition rendered her unable to provide the child with adequate supervision and guardianship, resulting in, among other things, the child being late to school an excessive amount of times, hindering his education, and causing him to be depressed, anxious and angry (*see Matter of Princess Ashley C. [Florida S.C.]*, 96

AD3d 682 [1st Dept 2012]). Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Clark and Kapnick, JJ.